No. D–2611. IN RE DISBARMENT OF SHEA. Disbarment entered. [For earlier order herein, see *ante*, p. 1053.]

No. D–2612. IN RE DISBARMENT OF ROSEN. Disbarment entered. [For earlier order herein, see *ante*, p. 1053.]

No. D–2613. IN RE DISBARMENT OF HARMAN. Disbarment entered. [For earlier order herein, see *ante*, p. 1053.]

No. D–2615. IN RE DISBARMENT OF COTTER. Disbarment entered. [For earlier order herein, see *ante*, p. 1054.]

No. D–2616. IN RE DISBARMENT OF BLAU. Disbarment entered. [For earlier order herein, see *ante*, p. 1054.]

No. D–2617. IN RE DISBARMENT OF HANNA. Disbarment entered. [For earlier order herein, see *ante*, p. 1107.]

No. D–2618. IN RE DISBARMENT OF ZODROW. Disbarment entered. [For earlier order herein, see *ante*, p. 1107.]

No. D–2619. IN RE DISBARMENT OF FOX. Disbarment entered. [For earlier order herein, see *ante*, p. 1107.]

No. D–2621. IN RE DISBARMENT OF CULPEPPER. Disbarment entered. [For earlier order herein, see *ante*, p. 1107.]

No. D–2624. IN RE DISCIPLINE OF SQUIRE. Percy Squire, of Columbus, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.